# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-3740
L.T. Case No. 16-2010-CF-001595-A

_____

COREY D. THOMAS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
Jeb T. Branham, Judge.

Corey D. Thomas, Indiantown, pro se.

No Appearance for Appellee.

January 10, 2026

PER CURIAM.

AFFIRMED. *See* Fla. R. App. P. 9.315(a).

MAKAR, EDWARDS, and EISNAUGLE, JJ., concur.

---

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

---